James K. Ward, Esq. (SBN 117639)
Daniel P. Jay, Esq. (SBN 215860)
EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616

Attorneys for Defendant
Peninsula Fire District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBIAS BECK,<br><br>Plaintiff,<br><br>vs.<br><br>PENINSULA FIRE DISTRICT, and DOES 1 through 50,<br><br>Defendants. | **Case No. 2:13-CV-01644-JAM-AC**<br><br>**STIPULATION AND DECLARATION; ORDER RE AMENDED PRETRIAL SCHEDULING ORDER**<br><br>**Before the Honorable John A. Mendez** |

IT IS HEREBY STIPULATED by Plaintiff, TOBIAS BECK, by and through his attorneys, and Defendant, PENINSULA FIRE DISTRICT, by and through its attorneys, that the pre-trial scheduling order be amended as follows:

- Expert witness disclosure deadline: October 2, 2015.
- Rebuttal expert witness disclosure deadline: October 23, 2015.
- Discovery to be completed by: November 6, 2015.
- Dispositive motion filing deadline: December 30, 2015.
- Dispositive motion hearing date: January 27, 2016 at 9:30 a.m.

- Joint pretrial statement due: March 9, 2016.

- Pretrial conference: March 16, 2016 at 4:00 p.m.

- Trial: April 25, 2016 at 9:00 a.m.

This stipulation is based upon the following facts which the parties submit show good cause to adjust the pretrial scheduling order:

1. That on March 3, 2014, the Court established a discovery cutoff date of July 13, 2015.

2. Since the initiation of this case, the parties have engaged in extensive written discovery including exchanges of written special interrogatories and requests for production of documents. However, despite this diligence, the depositions of Defendant's Fire Chief and Assistant Fire Chief were not able to be scheduled until July 9, 2015 and July 10, 2015 respectively. Furthermore, due to the Plaintiff's unavailability to have his deposition taken due to medical treatment and a move out of the area, his deposition will not be held until July 8, 2015. Therefore, it is submitted that despite the parties' diligence, there remains important discovery to be conducted, the results of which will guide the parties in their decision on what types of expert witnesses to disclose.

3. Since the date of this Court's March 3, 2014 scheduling order, the parties have met and conferred regarding the disclosure of expert witnesses and have come to the conclusion that it would save both parties significant amounts of money and effort if experts were disclosed at a later date. Such an arrangement would allow normal discovery to be completed and will likely narrow the type of experts necessary and also narrow the scope of expert testimony. This arrangement will also allow the parties the opportunity to discuss possible settlement

negotiations and allow Plaintiff sufficient time to apply for disability retirement and a decision to be rendered thereon.

4. Based on the foregoing, the parties submit that good cause exists to adjust the pretrial scheduling order as follows: expert witness disclosure deadline to October 2, 2015; rebuttal expert witness disclosure deadline to October 23, 2015; discovery to be completed by November 6, 2015; dispositive motion filing deadline to December 30, 2015; dispositive motion hearing date to January 27, 2016 at 9:30 a.m.; joint pretrial statement due on March 9, 2016; pretrial conference on March 16, 2016 at 4:00 p.m.; and trial on April 25, 2016 at 9:00 a.m. Good cause exists because an amendment to the scheduling order will cause no prejudice to either party since both parties have agreed to the continuance and the parties have confirmed with the Court the availability of these new dates.

5. The parties agree that this stipulation is valid under Local Rule 143.

IT IS SO STIPULATED.

Dated: July 1, 2015                    EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP


                                       /s/ Daniel Jay
                                       _____
                                       JAMES K. WARD
                                       DANIEL JAY
                                       Attorneys for Defendant PENINSULA
                                       FIRE DISTRICT, ROBERT PHILLIPS and
                                       GARY PINI

Dated: July 1, 2015                    LAW OFFICES OF LARRY L. BAUMBACH


                                       /s/ Larry L. Baumbach
                                       _____
                                       LARRY L. BAUMBACH attorney for Plaintiff
                                       TOBIAS BECK

## DECLARATION OF DANIEL JAY

I, Daniel Jay, do hereby declare and say the following:

1.  I am one of the attorneys of record for the Defendant in the above-entitled action. I have prepared this Declaration as evidence in support of the parties' request to adjust the pretrial scheduling order in this matter. The facts stated in the stipulation set forth above are true and correct and based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the facts stated above in the stipulation of the parties are true and correct. This Declaration was executed on July 1, 2015 in Sacramento, CA.

/s/ Daniel Jay

―――――――――――――――――――
Daniel Jay

## DECLARATION OF LARRY L. BAUMBACH

I, Larry L. Baumbach, do hereby declare and say the following:

I am the attorney of record for the Plaintiff in the above-entitled action. I have prepared this Declaration as evidence in support of the parties' request to adjust the pretrial scheduling order in this matter. The facts stated in the stipulation set forth above are true and correct and based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the facts stated above in the stipulation of the parties are true and correct. This Declaration was executed on July 1, 2015 in Chico, CA.

/s/ Larry L. Baumbach

―――――――――――――――――――
Larry L. Baumbach

\\

**ORDER**

Based upon the stipulation of the parties and good cause appearing, the Court orders that the pretrial scheduling order be amended as follows:

- Expert witness disclosure deadline: October 2, 2015.
- Rebuttal expert witness disclosure deadline: October 23, 2015.
- Discovery to be completed by: November 6, 2015.
- Dispositive motion filing deadline: December 30, 2015.
- Dispositive motion hearing date: January 27, 2016 at 9:30 a.m.
- Joint pretrial statement due: March 9, 2016.
- Pretrial conference: March 16, 2016 at 4:00 p.m.
- Trial: April 25, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 7/8/2015

/s/ John A. Mendez
United States District Court Judge