James K. Ward, Esq. (SBN 117639)
Daniel P. Jay, Esq. (SBN 215860)
EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616

Attorneys for Defendant
Peninsula Fire District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBIAS BECK, | Case No. 2:13-CV-01644-JAM-AC |
| Plaintiff, | **STIPULATION AND DECLARATION; ORDER RE AMENDED PRETRIAL SCHEDULING ORDER** |
| vs. | |
| PENINSULA FIRE DISTRICT, and DOES 1 through 50, | **Before the Honorable John A. Mendez** |
| Defendants. | |

IT IS HEREBY STIPULATED by Plaintiff, TOBIAS BECK, by and through his attorneys, and Defendant, PENINSULA FIRE DISTRICT, by and through its attorneys, that the pre-trial scheduling order be amended as follows:

- Expert witness disclosure deadline: December 7, 2015.

- Rebuttal expert witness disclosure deadline: December 28, 2015.

- Discovery to be completed by: January 4, 2016.

THE PARTIES FURTHER STIPULATE that the remaining dates set forth in the current pre-trial scheduling order shall remain the same.

Stipulation and Order - 1

This stipulation is based upon the following facts which the parties submit show good cause to adjust the pretrial scheduling order:

1.      That on October 15, 2015, the Court established an expert disclosure deadline of November 6, 2015, a rebuttal expert disclosure deadline of November 27, 2015, and a discovery deadline of December 4, 2015.

2.      Since the date of the October 15, 2015 scheduling order, the parties have been having difficulty scheduling depositions of critical witnesses (former Defendants Robert Phillips and Gary Pini) due to the availability of counsel and witnesses.  However, the depositions are currently scheduled for November 30, 2015.  Furthermore, since the date of the October 15, 2015 scheduling order, Plaintiff has noticed the deposition of Defendant's employees Bruce Sharrod and Andrew Courtwright for December 1, 2015.  However, it is not known yet if those witnesses will be available on the date noticed.  Finally, since the date of the October 15, 2015 scheduling order, the parties have started the process of conducting brief follow-up discovery which is currently in process with Defendant's responses to interrogatories and a request for production of documents currently due on December 8, 2015 which is outside the current discovery cut-off date.  As a result, and with a discovery cut-off date of December 4, 2015, the parties will not have sufficient time to complete this discovery.  The parties, who both agree that the discovery discussed above is necessary and reasonable, have meet and conferred and agreed to the revised timeline set forth above.

3.      Since the initiation of this case, the parties have engaged in extensive written discovery including exchanges of written special interrogatories, requests for production of documents, and depositions.  However, despite this diligence, the parties (and in particular the Plaintiff) have been unable to depose Robert Phillips, Gary Pini, Bruce Sherrod and Andrew

Courtwright whom it is believed may have valuable information.  The parties only wish for a reasonable extension in which to complete this discovery.  Therefore, it is submitted that despite the parties' diligence, there remains important discovery to be conducted, the results of which will guide the parties in their decision on whether additional experts need to be disclosed, whether a dispositive motion is appropriate, and whether settlement discussions would be fruitful.

   4. Since the date of this Court's October 15, 2015 scheduling order, the parties have met and conferred regarding the disclosure of expert witnesses and the deadline to complete discovery and have come to the conclusion that an adjustment of the scheduling order as set forth above is critical to the handling of this case.  This arrangement will also allow the parties the opportunity to discuss possible settlement negotiations and allow Plaintiff sufficient time to apply for disability retirement and a decision to be rendered thereon.

   5. Based on the foregoing, the parties submit that good cause exists to adjust the pretrial scheduling order as follows: Expert witness disclosure deadline to December 12, 2015; Rebuttal expert witness disclosure deadline to December 28, 2015; and Discovery completion date to January 4, 2016.

   6. The parties agree that this stipulation is valid under Local Rule 143.

   IT IS SO STIPULATED.

Dated: November 18, 2015       EVANS, WIECKOWSKI, WARD &
                   SCOFFIELD, LLP

                   /s/ Daniel Jay
                   _____
                   JAMES K. WARD
                   DANIEL JAY
                   Attorneys for Defendant PENINSULA
                   FIRE DISTRICT, ROBERT PHILLIPS and
                   GARY PINI

Dated: November 18, 2015                    LAW OFFICES OF LARRY L. BAUMBACH

/s/ Larry L. Baumbach
_____
LARRY L. BAUMBACH attorney for Plaintiff
TOBIAS BECK

**DECLARATION OF DANIEL JAY**

I, Daniel Jay, do hereby declare and say the following:

1.      I am one of the attorneys of record for the Defendant in the above-entitled action. I have prepared this Declaration as evidence in support of the parties' request to adjust the pretrial scheduling order in this matter. The facts stated in the stipulation set forth above are true and correct and based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the facts stated above in the stipulation of the parties are true and correct. This Declaration was executed on November 18, 2015 in Sacramento, CA.

/s/ Daniel Jay
_____
Daniel Jay

**DECLARATION OF LARRY L. BAUMBACH**

I, Larry L. Baumbach, do hereby declare and say the following:

I am the attorney of record for the Plaintiff in the above-entitled action. I have prepared this Declaration as evidence in support of the parties' request to adjust the pretrial scheduling order in this matter. The facts stated in the stipulation set forth above are true and correct and based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the facts stated above in the stipulation of the parties are true and correct.  This Declaration was executed on November 18, 2015 in Chico, CA.

/s/ Larry L. Baumbach

------------------------------

Larry L. Baumbach

## ORDER

Based upon the stipulation of the parties and good cause appearing, the Court orders that the pretrial scheduling order be amended as follows:

- Expert witness disclosure deadline: December 7, 2015.
- Rebuttal expert witness disclosure deadline: December 28, 2015.
- Discovery to be completed by: January 4, 2016.

IT IS SO ORDERED.

Dated: 11/19/2015        /s/ John A. Mendez_____
                         UNITED STATES DISTRICT COURT JUDGE